# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Sandra Garcia-Pascual, et al.,<br><br>    Defendants. | No. CR-14-01633-001-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Charles R. Pyle that recommends denying Defendant's Motion to Suppress filed at Doc. 19 and granting in part / denying in part Defendant's Motion to Suppress filed at Doc. 24. (Doc. 43.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Pyle's Report and Recommendation (Doc. 43) is accepted and adopted;

2. Defendant's Motion to Suppress (Doc. 19) is DENIED;

3. Defendant's Motion to Suppress (Doc. 24) is granted in part and denied in part as stated in the Magistrate's R&R;

4. This matter remains referred to Magistrate Judge Charles R. Pyle for all pretrial proceedings and Report and Recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LR Civ. 72.1(a), Rules of Practice for the United States District Court, District of Arizona (Local Rules).

Dated this 4th day of March, 2015.

_____
Jennifer G. Zipps
United States District Judge